Larry J. GRIMES, Respondent,

v.

Melanie A. GRIMES, Appellant.

No. WD 34353.

Missouri Court of Appeals, Western District.

Nov. 15, 1983.

Marilyn M. Shapiro, Kansas City, for appellant.

Jack A. Cochran and Robert K. McDonald of Cochran, Tyree, Oswald, Barton & McDonald, P.C., Blue Springs, for respondent.

Before SHANGLER, P.J., and CLARK and MANFORD, JJ.

ORDER

PER CURIAM:

This is a direct appeal from a judgment modifying a decree of dissolution relative to custody of a minor child.

Judgment affirmed. Rule 84.16(b).